UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CORRECTIONAL SUPERVISORS ORGANIZATION

        Plaintiff(s),                     No. C 09-05631 JSW

   v.                                **CLERK'S NOTICE**

MATTHEW CATE

        Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that the Dispositive Motion placeholder scheduled for October 29, 2010 at 9:00 a.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE JEFFREY S. WHITE is vacated due to no motions being filed. The Court will conduct a Status Conference on October 29, 2010 at 1:30 p.m. in this matter. Counsel shall submit a joint status report on or before October 22, 2010.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: September 30, 2010

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.