EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
State Bar No. 161195
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2204
 Fax:  (510) 622-2270
 E-mail:  Fiel.Tigno@doj.ca.gov

*Attorneys for Defendant
Matthew Cate, Director, California Department of
Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALIFORNIA CORRECTIONAL SUPERVISORS ORGANIZATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MATTHEW CATE, Director, California Department of Corrections and Rehabilitation; DEBRA ENDSLEY, Director of Personnel Administration,**<br><br>Defendants. | Case No. 09-05631 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their counsel of record, that this matter be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

///

1

**IT IS SO STIPULATED.**

Dated:  October 3, 2010                                MARTINEZ LAW FIRM

/s/ *Kelley Stimpel Martinez*
KELLEY STIMPEL MARTINEZ
*Attorney for Plaintiffs*
CALIFORNIA CORRECTIONAL
SUPERVISORS ORGANIZATION, and
DR. JOHN ADAMO

Dated:  September 30, 2010                             /s/ *Jennifer M. Garten*
JENNIFER M. GARTEN
Labor Relations Counsel
*Attorneys for Defendant*
DEBRA ENDSLEY, DIRECTOR
DEPARTMENT OF PERSONNEL
ADMINISTRATION

Dated:  October 4, 2010                                /s/ *Fiel D. Tigno*
FIEL D. TIGNO
Supervising Deputy Attorney General
*Attorneys for Defendant*
MATTHEW CATE, DIRECTOR,
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 5, 2010

HONORABLE JEFFREY S. WHITE
United States District Judge